UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08-CV-90

| | |
|---|---|
| MARKET CHOICE, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>NEW ENGLAND COFFEE COMPANY )<br>and JAMES HALL and MICHAEL )<br>ROWAN, individually and d/b/a )<br>RITEWAY SALES AND MARKETING, )<br>    Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on its own motion.

On June 5, 2009, Market Choice, Inc. ("Market Choice") filed a Notice of Voluntary Dismissal with this court, which attempted to dismiss Defendants James Hall and Michael Rowan as parties to this case in their individual capacities. However, the Notice of Voluntary Dismissal made clear that Market Choice was not dismissing its claims against Riteway Sales and Marketing. Because Hall and Rowan had already filed an answer to Market Choice's amended complaint, the court informed the parties that a Stipulation of Dismissal was required for dismissal pursuant to FED. R. CIV. P. 41(a)(1). Accordingly, on June 10, 2009, Market Choice filed a Stipulation of Dismissal that sought to dismiss Hall and Rowan, individually, as Defendants in the case. This Stipulation of Dismissal was signed by Market Choice, Hall, and Rowan.

Although the parties agree that Riteway Sales and Marketing should remain as a defendant in this case, Riteway Sales and Marketing is not currently a party to the action. Instead, Riteway Sales and Marketing is listed as an alias of the individual defendants Hall and Rowan. Thus, as

1

things stand, dismissing the claims against Hall and Rowan would also dismiss all claims against Riteway Sales and Marketing.

To avoid this outcome and to accomplish the parties' intent, the court will allow the dismissal of Hall and Rowan in their individual capacities and will add Riteway Sales and Marketing as a party to this case, conditional on the following:

Riteway Sales and Marketing is hereby **ORDERED** to make an appearance before this court within fifteen days (15) from the date of this order. In making this appearance, Riteway Sales and Marketing shall acknowledge the court's jurisdiction and shall make known its consent to be substituted for Defendants Hall and Rowan. Once Riteway Sales and Marketing makes this appearance, Defendants Hall and Rowan will be dismissed from this case and Defendant Riteway Sales and Marketing will be substituted in their place.

**SO ORDERED.**

Signed: July 16, 2009

Richard L. Voorhees
United States District Judge