UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:08CV0090-RLV-DSC

| | |
|---|---|
| MARKET CHOICE, INC., | ) |
|         Plaintiff, | ) |
| VS. | ) |
| NEW ENGLAND COFFEE COMPANY, et. al., | ) |
|         Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Harry C. Beach]" (document #86) filed November 23, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.　　　　　　　　　　Signed: November 23, 2009

David S. Cayer
United States Magistrate Judge