UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:08CV0090-RLV-DSC

| | |
|---|---|
| MARKET CHOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| NEW ENGLAND COFFEE COMPANY, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Harry C. Beach]" (document #86) filed November 23, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: November 23, 2009

David S. Cayer
United States Magistrate Judge